UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DR. ARTHUR CHANDLER,                    CASE NUMBER:

Plaintiff,                              5:07-CV-99-OC-10GRJ

v.

WILLIAM O. FARMER, JR., in his official
capacity as the Sheriff of Sumter County, Florida;
ANDREW WILLS, individually and in his capacity
as deputy sheriff of Sumter County Sheriff's Office; and
KEITH CORCORAN, individually an din his capacity
as deputy sheriff of Sumter County Sheriff's Office,

Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, Sheriff William O. Farmer, Jr; Andrew Wills; and Keith Corcoran, by and through their undersigned counsel, move this Court for entry of an Order granting leave to remove the civil action (State Case No. 2007-CA-000086) from state court to federal court. As grounds for Removal, Defendants would state the following:

1. The civil action arises under the First, Fourth, and Fourteenth Amendments of the Constitution of the United States and laws of the United States, 42. U.S.C.A. 1983, and the amount in controversy, exclusive of interests and costs, is in excess of $15,000.00. See attachment 1.

2. Jurisdiction is founded on the existence of a federal question pursuant to 28 U.S.C.A. 1331.

1

3. Pursuant to 28 U.S.C.A. 1441(c), this Court has jurisdiction over otherwise non-removable claims or causes of action when they are joined with claims where jurisdiction is conferred by section 1331.

4. This Court has supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution as per 28 U.S.C.A. 1367.

5. All Defendants were served with process on March 7, 2007. See attachments 2, 3, and 4.

6. All Defendants in the civil action support the filing of this Notice of Removal and consent to removal of the case to federal court.

7. Pursuant to 28 U.S.C.A. 1447, the district court may issue all necessary orders and process to bring before it all proper parties whether served by process issued by the State court or otherwise.

**WHEREFORE**, Defendants respectfully move this Court for an Order granting Removal of the civil action (Case No. 2007-CA-000086) from state court to federal court.

/s/**Jennifer L. Kerkhoff, Esquire**
**Florida Bar No. 628085**
**Attorneys for Defendants Farmer, Wills, and Corcoran**
**John M. Green, Jr., P.A.**
**125 N.E. First Ave., Ste. 2**
**Ocala, Florida  34470**
**Tel: (352) 732-9252**
**jenkerkhoff@jgreenattorney.com**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 19, 2007**, I filed in person the foregoing with the Clerk of the Court, which will send a notice of electronic filing to the following: Rod Smith, Esquire, Avera & Smith, LLP, 2814 SW 13th Street, Gainesville, FL 32608, Attorneys for Plaintiff, rodsmith@avera.com

**Jennifer L. Kerkhoff, Esquire**
**Florida Bar No. 628085**
**Attorneys for Defendants Farmer,**
**Wills, and Corcoran**
**John M. Green, Jr., P.A.**
**125 N.E. First Ave., Ste. 2**
**Ocala, Florida 34470**
**Tel: (352) 732-9252**
**jenkerkhoff@jgreenattorney.com**

**John M. Green, Jr., Esquire**
**Florida Bar No. 107993**
**Attorneys for Defendants Farmer,**
**Wills, and Corcoran**
**John M. Green, Jr., P.A.**
**125 N.E. First Ave., Ste. 2**
**Ocala, Florida 34470**
**Tel: (352) 732-9252**
**jmg@jgreenattorney.com**